IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Moore

Plaintiff(s),

v.

Stellar Recover, Inc. and Does 1-10

Defendant(s).

Case No. 13 c 2294
Judge Virginia M. Kendall

**ORDER**

Enter preliminary approval order.

Date: 1/13/2015

Virginia M. Kendall
United States District Judge

2015 JAN 20 AM 8:08