IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Moore, on behalf of plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> Stellar Recovery, Inc., <br><br> Defendant. | Case No.: 13-cv-2294 <br><br> Judge: Honorable Virginia M. Kendall <br><br> Magistrate Judge: Honorable Sidney Schenkier |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, RESCHEDULING OF FAIRNESS AND FINAL APPROVAL HEARING, AND APPROVAL OF CLASS NOTICE**

Defendant, Stellar Recovery, Inc. ("Defendant"), by its undersigned attorneys, moves pursuant to Rule 6 for an enlargement of time of fourteen (14) days, up through and including February 26, 2015, to mail notice to class members, and in support thereof, states as follows:

1. Plaintiff filed a Complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. On October 15, 2014, the parties reached a settlement before Magistrate Judge Schenkier. (Docket # 82).

3. On January 13, 2015, the Court entered its Preliminary Approval Order (Docket # 105).

4. The Court's Preliminary Approval Order approved the form of notice to class members, and directed that said notice be mailed to class members by February 12, 2015.

5. In the course of attempting to issue said notice to class members, Defendant encountered several unanticipated obstacles and delays, largely concerning the length and format of the notice, both of which prevented Defendant's letter vendor from mailing said notice.

6. By working with Defendant's letter vendor, Defendant has reformatted the size and format of the class notice, without altering its substantive content, to create a notice that Defendant's letter vendor can issue.

7. A copy of the reformatted class notice is attached hereto as Exhibit A.

8. Plaintiff's counsel stated that she has no objection to reformatting the class notice in the form of Exhibit A.

9. Defendant requests an additional 14 days, up through and including February 26, 2015, to mail notice to class members. This additional time will permit Defendant to ensure mailing of the class notice to all class members' last known addresses.

10. Commensurate with the time frame set forth in the Court's Preliminary Approval Order, and in connection with Defendant's request for enlargement of time to issue the class notices, Defendant requests an extension of all corresponding deadlines and hearings, including that:

    a. Class members be granted until April 13, 2015 (the first business day following the 45th after the initial mailing of the notice) to: (1) complete, return to the settlement administrator, and postmark a complete claim form; or (2) request exclusion or object to the proposed settlement;

    b. Class counsel be granted until April 30, 2015 to complete and file the final approval memorandum including a summary of the class members' response rate; and

    c. The Fairness and Final Approval Hearing be held on or after May 4, 2015.

11. This additional time is not meant for purposes of delay or harassment, but is necessitated by unforeseen circumstances to effectively complete administration of the class settlement.

WHEREFORE, Stellar Recovery, Inc. respectfully requests this Court approve the Amended Class Notice attached hereto as Exhibit A, grant this Motion pursuant to Rule 6 for an enlargement of time of 14 days, up through and including February 26, 2015, to mail the notice

attached as Exhibit A to class members, and further respectfully requests that the Court extend all corresponding deadlines and hearings by an equivalent 14 days, and enter an Order to that effect.

Respectfully Submitted,

/s/ Benjamin N. Hutnick
Benjamin N. Hutnick, *Pro Hac Vice*
15280 Metcalf
Overland Park, KS  66223
P: (913) 649-1555
F: (913) 652-9474
bhutnick@bermanrabin.com
*One of the Attorneys for Defendant Stellar Recovery, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 12, 2015,** I electronically filed the forgoing **Unopposed Motion for Enlargement of Time** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

    Respectfully Submitted,

    /s/ Benjamin N. Hutnick
    Benjamin N. Hutnick, *Pro Hac Vice*
    15280 Metcalf
    Overland Park, KS 66223
    P: (913) 649-1555
    F: (913) 652-9474
    bhutnick@bermanrabin.com
    *One of the Attorneys for Defendant*
    *Stellar Recovery, Inc.*