IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

David Moore

Plaintiff(s),

v.

Stellar Recovery, Inc. et al

Defendant(s).

Case No. 13 c 2294
Judge Virginia M. Kendall

### ORDER

Fairness hearing held. Enter final approval order.
(T:07)

Date: 5/22/2015

Virginia M. Kendall
United States District Judge

2015 MAY 26 AM 8:22